IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

ESTES, JASMINE MARIE
        Debtors        JUDGE MARY ANN WHIPPLE
                      Chapter 7
                      Case No.: 23-60492

## **NOTICE OF RESCHEDULED 341 MEETING**

Notice is hereby given that the 341 meeting in the within case originally scheduled for JUNE 15, 2023, at 9:00 A.M., is hereby RESCHEDULED to JULY 6, 2023, at 10:30 A.M.

/s/ Josiah L. Mason
Josiah L. Mason, Interim Trustee
153 W. Main Street, P O Box 345
Ashland, OH 44805
Ph: 419/289-1600
Facsimile: 419/281-6530
Email: jlmasontrustee@joemasonlaw.com

## **CERTIFICATE OF SERVICE**

I, Josiah L. Mason, Trustee, hereby certify that the foregoing NOTICE was electronically transmitted on or about May 25, 2023 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Jonathon Carl Elgin jc@jcelgin.com, bankruptcy@jcelgin.com,9150504420@filings.docketbird.com
United States Trustee (Registered address)@usdoj.gov

And by Ordinary U. S. Mail to all creditors as set forth in the attached Creditors' Mailing Matrix.

/s/ Josiah L. Mason
Josiah L. Mason, Interim Trustee